**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alberto AGUIRRE–OROZCO, a.k.a. Alberto Aguirre, a.k.a. Edgar Vasquez, Defendant–Appellant.**

**No. 08–16886**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 11, 2009.

Alberto Aguirre–Orozco, Lecanto, FL, pro se.

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Defendant–Appellant.

Before TJOFLAT, EDMONDSON and FAY, Circuit Judges.

PER CURIAM:

Michael D. Walsh, retained counsel for Alberto Aguirre–Orozco, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Aguirre–Orozco's conviction and sentence are **AFFIRMED.**